UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BM MERCHANDISING CO., LTD., | : | |
| | : | Civil Action No. 11-7246 (SDW) |
| Plaintiff, | : | |
| v. | : | |
| | : | **ORDER** |
| PIPER RIDGE, LLC and VINCENT NESI, | : | |
| | : | |
| Defendants. | : | November 7, 2012 |
| | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter comes before this Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed October 04, 2012, regarding Defendants' failure to comply with the discovery schedule in this action. No objections to the R&R were filed.

This Court has reviewed the R&R and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 7th day of November, 2011,

**ORDERED** that the R&R of Magistrate Judge Arleo as set forth on the record on October 04, 2012, is **ADOPTED** by this Court, and it is further

**ORDERED** that Defendants' answer with affirmative defenses is stricken, and it is further

**ORDERED** that default be entered against Defendants and directing the Clerk to note default on the docket, and it is further

**ORDERED** that Plaintiff are permitted to proceed to judgment by default as to both Defendants.

**SO ORDERED.**

s/ Susan D. Wigenton, U.S.D.J.

cc: Clerk
     Magistrate Judge Madeline C. Arleo
     Parties